# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID KENNOY,** | : | CIVIL ACTION NO. 3:16-CV-2034 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **SYNCHRONY BANK**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 26th day of December, 2018, upon consideration of the unopposed motion (Doc. 54) to compel arbitration and stay the action filed by defendant Synchrony Bank ("Synchrony"), it is hereby ORDERED that:

1. Synchrony's unopposed motion (Doc. 54) is GRANTED.

2. Plaintiff shall submit his claims to arbitration pursuant to the terms of the account Agreements between the parties.

3. This action is stayed pending the outcome of arbitration.

4. The Clerk of Court is directed to mark this case as CLOSED for statistical purposes only.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania